DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 132P15 | State v. Randy Carter Davis | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-547) | 1. Special Order |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Special Order |
| | | 3. Def's Motion to Deem Notice of Appeal and PDR Timely Filed | 3. Special Order |
| | | 4. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 4. Special Order |
| | | 5. State's Motion to Dismiss Notice of Appeal | 5. Special Order |
| 162P95-5 | State v. Isaac Jackson Stroud | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-522) | Dismissed |
| 172P15-3 | State v. Mohammed Nadder Jilani | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 174P15 | Carlton Clark, Jr. v. Susan Belmain Dyer | 1. Plt's Petition for *Writ of Certiorari* to Review Decision of COA (COA13-1230) | 1. Denied |
| | | 2. Plt's Petition for *Writ of Certiorari* to Review Order of District Court of Hoke County | 2. Denied |
| 175P12-2 | State v. Aaron Pittman | Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP14-452) | Dismissed<br>**Ervin, J., recused** |
| 180P15 | State v. William Anthony Barnes | Def's PDR Under N.C.G.S. § 7A-31 (COA14-632) | Denied |
| 184P15 | State v. Jose Edis Carranza | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-318) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Dismissed |
| 186P10-3 | State v. David Felton | 1. Def's *Pro Se* Motion for Notice of Appeal | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |